**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Pamela J. Stiles,** | ) | **CASE NO. 1:08 CV 2692** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Michael J. Astrue,** | ) | <u>Order</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr., (Doc. 27) recommending that the Court award attorneys' fees in the amount of $3,207.23 and expenses in the amount of $29.00. No objections have been filed. Having reviewed the Report and Recommendation, and finding no clear error, the Court ACCEPTS the Report and Recommendation and awards attorneys' fees in the amount of $3,207.23 and expenses in the amount of $29.00.

IT IS SO ORDERED.

 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 4/20/11